487 A.2d 345

**Jeannette C. NEARY, a/k/a Abortion, Birth Control and Pregnancy Testing Clinic**

**v.**

**PENNSYLVANIA PUBLIC UTILITY COMMISSION, Appellant at No. 55, The Bell Telephone Company of Pennsylvania and Choice, Appellant at No. 54, and David M. Barasch, Acting Consumer Advocate of Pennsylvania, Intervenors.**

Supreme Court of Pennsylvania.

Argued Jan. 24, 1985.

Decided Feb. 8, 1985.

Kathryn Kolbert and Susan C. Nicholas, Philadelphia, for appellants.

Kandace Foust Melillo, Harrisburg, for Public Utility Com'n.

Mary Alice Duffy, Philadelphia, for Jeanette Neary, et al.

William M. Posner, Philadelphia, for Bell Tel. Co.

David M. Barasch, Acting Consumer Advocate, pro se, and Irwin A. Popowsky, Harrisburg, for intervenors.

Before NIX, C.J., and LARSEN, FLAHERTY, McDER-MOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed. 78 Pa.Cmwlth. 636, 468 A.2d 520.